**2**

Emma CARUTHERS, May McMillen, and Mildred Ryan v. STATE. (No. 9030.) (Court of Criminal Appeals of Texas. Dec. 3, 1924. Rehearing Denied Jan. 14, 1925.) Appeal from Harris County Court, at Law; Murray B. Jones, Judge. Jno. M. Cobb, of Houston, for appellants. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The appellants, Emma Caruthers, Mildred Ryan, and May McMillen, were convicted of misdemeanor theft, and each adjudged to pay a fine of $50 and suffer confinement in the county jail for a period of 15 days. The appellants entered a plea of guilty. The record is before us, without statement of facts or bill of exceptions. We have observed no irregularities in the procedure. The judgment is affirmed.

**3**

Geo. DAWSON v. STATE. (No. 9090.) (Court of Criminal Appeals of Texas. Jan. 7, 1925.) Appeal from District Court, Gonzales County; Lester Holt, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Appellant is under conviction for selling intoxicating liquor, punishment having been assessed at confinement in the penitentiary for 4 years and 6 months. No statement of facts accompany the record, and the transcript shows that no bills of exception were reserved at the time of trial. Appellant entered a plea of guilty. Nothing is presented calling for review at the hands of this court, and the judgment is ordered affirmed.

**4**

Earnest EWELL v. STATE. (No. 9022.) (Court of Criminal Appeals of Texas. Dec. 17, 1924. Rehearing Denied Jan. 14, 1925.) Appeal from District Court, Cherokee County; L. D. Guinn, Judge. Miller & Miller, of Athens, for appellant. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Appellant was convicted upon his trial in the district court of Cherokee county, under an indictment for murder, of the offense of aggravated assault, and his punishment fixed at 18 months in the penitentiary. Appellant was indicted for killing one Jessie Green by striking him with a baseball bat, and upon the trial and under the charge of the learned trial judge the jury found him guilty, and assessed his penalty as above indicated. We find in the record no bills of exception or statement of facts. The indictment is in conformity with law, and the charge of the court correctly submits the issues, and, there being no error apparent in the record, an affirmance will be ordered.

**5**

Milt GOOD v. STATE. (No. 8385.) (Court of Criminal Appeals of Texas. Jan. 21, 1925.) Appeal from District Court, Lubbock County; Clark M. Mullican, Judge. On affidavit to withdraw appeal. Cunningham & Oliver, of Abilene, Bledsoe & Pharr, of Lubbock, and G. E. Lockhart, of Tahoka, for appellant. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Appellant is under conviction for the murder of W. D. Allison, with a punishment of 26 years in the penitentiary. He has filed his personal request under affidavit requesting the court to dismiss his appeal. It appearing therefrom that he desires to withdraw his appeal and no longer prosecute the same, it is ordered dismissed.

**6**